IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| OMAR MORALES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-09-1367-C |
| | ) | |
| JUSTIN JONES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This civil rights action, brought by a prisoner proceeding pro se, was referred to United States Magistrate Judge Bana Roberts, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Roberts entered a Supplement to Initial Report and Recommendation (Dkt. No. 14) on February 19, 2010, to which Plaintiff has timely objected. The Court therefore considers the matter de novo.

The facts and law are accurately set out in the Magistrate Judge's Report and Recommendation and there is no purpose to be served in repeating them yet again. In his objection, Plaintiff merely restates the conclusions and legal argument originally asserted, and raises no issue not fully and accurately addressed and rejected by the Magistrate Judge.

Accordingly, the Court adopts, in its entirety, the Supplement to Initial Report and Recommendation, and for the reasons announced therein, the First Amended Complaint is

dismissed without prejudice as to Defendant Justin Jones, and the remainder of the action is transferred to the United States District Court for the Northern District of Oklahoma.

IT IS SO ORDERED this 18th day of March, 2010.

ROBIN J. CAUTHRON
United States District Judge